UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLYDEIUS SHONTELL WILLIAMS,

    Plaintiff,

  v.

J. ROBINSON,

    Defendant.

Case No. 15-cv-01705-VC (PR)

**ORDER OF TRANSFER**

Clydeius Shontell Williams, a state prisoner currently incarcerated at California Correctional Facility ("CCI") in Tehachapi, has filed a civil rights action under 42 U.S.C. § 1983 complaining of his treatment by Defendant J. Robinson, an employee at CCI.

The acts complained of in this complaint occurred at CCI, which is located in Kern County in the Eastern District of California. Venue, therefore, properly lies in the Eastern District and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall terminate all pending motions and transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: May 28, 2015

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDEIUS SHONTELL WILLIAMS,<br>　　　　Plaintiff,<br>　　v.<br>J. ROBINSON,<br>　　　　Defendant. | Case No.　15-cv-01705-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 28, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clydeius Shontell Williams ID: T-68285
CCI Facility E Briggs Hall Bed 60 Up
PO Box 107
Tehachapi, CA 93581

Dated: May 28, 2015

　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　Kristen Melen, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable VINCE CHHABRIA

2