UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDEIUS SHONTELL WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. ROBINSON, et al.,<br><br>　　　　　Defendant. | 1:15-cv-00821 GSA (PC)<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>OR PAY FILING FEE WITHIN 45 DAYS |

　　　　Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $400.00 filing fee, Nor submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action.  **No requests for extension will be granted without a showing of good cause**.  Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint.  **Failure to comply with this order will result in dismissal of this action.**

1

IT IS SO ORDERED.

Dated:   **June 2, 2015**                         **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE